IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRIGHT SIAW AFRIYIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:04-CV-2467-D |
| VS. | § | |
| | § | |
| CITY OF DALLAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the December 22, 2006 findings and recommendation of the United States Magistrate Judge, the court concludes that the findings[*] and recommendation of the magistrate judge are correct, and the recommendation is adopted. Accordingly, defendant's August 22, 2006 motion for summary judgment is granted, and this action is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

January 22, 2007.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

---

[*]Because the magistrate judge is addressing a summary judgment motion, his use of the term "findings" does not refer to factual findings, and the court does not by this order adopt factual findings.